1

2

3

4

5               **UNITED STATES DISTRICT COURT**

6                        **DISTRICT OF NEVADA**

7

8    GRACE ALBANESE,                    )
                                        )
9            Plaintiff,                 )        2:17-cv-01520-JAD-CWH
                                        )
10   vs.                                )        **REPORT AND RECOMMENDATION**
                                        )
11   LAS VEGAS METROPOLITAN POLICE      )
     DEPARTMENT,                        )
12                                      )
             Defendant.                 )
13   _____   )

14           On June 15, 2017, the court entered an order requiring Plaintiff Grace Albanese to file an

15   application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 5).)

16   Plaintiff's deadline for doing so was July 17, 2017. (*Id.* at 2.) Plaintiff was advised that failure to

17   comply with the order would result in a recommendation that her case be dismissed. (*Id.*) Plaintiff

18   has not taken any action in this case since the court's order dated July 17, 2017, and she therefore

19   appears to have abandoned this case.

20           IT IS THEREFORE RECOMMENDED that Plaintiff Grace Albanese's case be dismissed

21   without prejudice.

22                                      **NOTICE**

23           This report and recommendation is submitted to the United States district judge assigned to

24   this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may

25   file a written objection supported by points and authorities within fourteen days of being served with

26   this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 23, 2017

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE