UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Grace Albanese,<br><br>    Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>    Defendant | 2:17-cv-01520-JAD-CWH<br><br>**Order Sustaining Objection to Report and Recommendation**<br><br>[ECF Nos. 6, 7] |

      Since March 9, 2016, pro se plaintiff Grace Albanese has filed 45 civil cases in this court against a myriad of government and law-enforcement agencies including the Las Vegas Police Department,[1] Las Vegas Metropolitan Police Department,[2] "Homeland Security,"[3] Federal Bureau of Investigations,[4] Department of Homeland Security,[5] "Las Vegas Metro Police Dept,"[6] Regional Transportation Commision [sic] of Southern Nevada,[7] "Homeland Security of the United States, LasVegas, NV,"[8] and the Transportation Security Administration.[9]  In this particular case, Ms. Albanese sues the Las Vegas Metropolitan Police Department for "[o]bstruction of justice and denying [her] equal protection."  She alleges that when she "call

---

[1] *See, e.g.*, 2:17-cv-01972-JAD-NJK.

[2] *See, e.g.*, 2:17-cv-01973-RFB-PAL.

[3] *See, e.g.*, 2:17-cv-01874-RFB-VCF.

[4] *See, e.g.*, 2:17-cv-01871-JAD-VCF.

[5] *See* 2:17-cv-01287-JCM-PAL.

[6] *See* 2:17-cv-00577-GMN-PAL.

[7] *See* 2:16-cv-01882-APG-PAL.

[8] *See* 2:16-cv-00531-RFB-VCF.

[9] *See* 2:16-cv-00530-GMN-CWH.

[sic] 311 [sic] for help, Sgt. Johnson cancelled [her] call" and told her that her neighbors in apartments 3 and 9 were not watching her, and that he would not allow officers to respond to her call.[10] She demands $500,000.

On June 8, 2017, Magistrate Judge Hoffman denied Albanese's application to proceed *in forma pauperis* because it was incomplete, and he ordered her to file a new, completed pauper application.[11] Four days later, Albanese filed another application, but it had the same deficiencies as the first, so Judge Hoffman denied it, too.[12] He gave her one more chance to file a completed pauper application or pay the full $400 filing and warned her that failure to do so by July 17, 2017, would result in his recommendation that this case be dismissed.[13]

That deadline came and went, and Albanese did not file another pauper application—let alone a completed one.[14] True to his word, Judge Hoffman recommends that I dismiss this case.[15] Ms. Albanese objects to the recommendation, arguing that "a [sic] empty envelope arrived at [her] address from [this court] about 3 months ago" and she had "sent it to the F.B.I. for finger print [sic] analysis."[16] She believes that the allegedly empty envelope was supposed to contain her pauper application. Accepting Albanese's story as true, I will give her one final opportunity to file a completed pauper application.

Accordingly, IT IS HEREBY ORDERED that Albanese's objection **[ECF No. 7]** to Magistrate Judge Hoffman's report and recommendation **[ECF No. 6] is SUSTAINED and the report and recommendation is REJECTED.**

---

[10] ECF No. 1-1.

[11] ECF No. 3.

[12] ECF No. 5.

[13] *Id.*

[14] *See generally* docket report case no. 2:17-cv-01520-JAD-CWH.

[15] ECF No. 6.

[16] ECF No. 7.

The Clerk of Court is directed to **SEND to Albanese a blank application to proceed *in forma pauperis* by a non-prisoner along with instructions to complete it.**

**Albanese has until February 8, 2018, to file a COMPLETED application to proceed *in forma pauperis*.** If Albanese fails to comply with this court-ordered deadline, this action will be **dismissed with prejudice** without further prior notice.

DATED: January 8, 2018.

_____
U.S. District Judge Jennifer A. Dorsey